Mr. Peralta Case number 25-526 Good morning. Good morning. How are you doing? Nice to meet you. Nice to meet you. You can proceed. Okay, so as you know, I'm here because my case got closed by District Judge when I had first started this case in 2021. The number is 06395. Basically, from the beginning of the case, I was being ignored by the judge. Everything that I said. He didn't listen to absolutely nothing. I wrote everything clear on my complaint. I explained everything. I explained what was going on. I reported all the things that had happened to me while I was pretty much living my life. I'm going to read the paperwork. You got about three and a half minutes, but go ahead. Do what you need to do. I'm sorry? Do what you need to do. Okay. This is an introduction to case 06395 and early constitutional violations. This section establishes the pattern of NYPD non-enforcement, the deliberate misrepresentation by the law office of New York, the unconstitutional conduct of Detectives Wynn and Salcedo. I'm sorry, it's police officers, not detectives. The procedural abuses committed by Judge Jesse M. Furman, the failures of Magistrate Judge Jennifer Willis, and the extensive violations of federal law, constitutional rights, and NYPD patrol guide rules. Everything stated here is proven directly in the record. ECF 1 to 60. Nothing is outside the docket. I understand that I have five minutes here. From what I was told, I have five minutes, and I have over 60 pages of... So you're not going to be able to... I understand that, sir. So I'm going to try to make this... Tell us what. What is it that you want from us? Okay, so they closed my... Every time I try to bring my situation to court, they completely ignore everything I say. With the proof that I bring them, they just completely ignore me. They basically... They ignore complaints, my 14th Amendment violation, equal protection. They do not treat me the same. I report all the violations that are being committed against me to the NYPD. They completely ignore me. They do not investigate nothing whatsoever. I've been going through this for 15 years, and my life has been completely destroyed because of the situation that's going on. I have not gotten answers from anyone about anything as to why I'm being treated this way. Moving forward, being that I'm in the position that I'm in right now, I have no choice but to continue to fight. 06395 got closed. I appealed the first time sometime later, a long time later, because I got tricked into thinking that I couldn't appeal until the case was over. By the time I figured out that I was lied to, which was a year later, I appealed the first time, and it was completely closed. Moving on to the second appeal, it wasn't the same thing, but basically, once again, I got ignored. They gave me an excuse that made absolutely no sense as to why they closed the case, the appeals case. So you lost on appeal, and then it went back, and you made these two motions, right? One to initially just to re-argue some of the issues, and then you made another. There was an order denying that. You were appealing that, I think. And then there's a second motion that you made that also challenged the judge's ruling, and you also asked for his recusal. He denied those, and you're appealing that, right? Those are the two motions. Yes, sir. Yes, sir. Okay. So I sent him a motion. I'm sorry. Let me just find out. I'm going to give you a minute more, Mr. Peralta. Okay. I'm sorry. No apologies. I'm so sorry, sir. Okay. So, yes, the – I sent – I – this appeal is basically about the fact that I sent – I sent the motion to District Judge Jesse Afferman to vacate the judgment that he had – that he had sent. Again, fraud of the court is very clear in this case. He ignored everything. Again, once again, he just completely ignores everything that I say with the proof that I had. He basically, in case 10785, he closed it due to preclusion and futility. He never reviewed my case whatsoever. He never looked at my evidence. He never – he never commented on the evidence in his responses to the appeal – I'm sorry, to the responses of the motion. He did not say anything about the fraud of the court. He did not say anything about the evidence. My evidence was never reviewed by any judge in any case. Chief judge – So the preclusion issue and the other issue, the time bar, came up on appeal the first time, and then – and that's what – that was the issue that Judge Afferman, you say, ignored? Yes. Like, he just threw it out. He didn't – he read anything that I said in that paperwork. Again – So I think we've got – I think now we've got, with the benefit of the papers you submitted and what you're saying to us now, we've got your argument, and this is what we're going to do. The other side just submitted, and so we have their arguments as well. We will make a decision and resolve this appeal. We're not going to do that now, so we're reserving decision, and you heard what I said earlier to Ms. French. That just means that you'll get a decision in writing that will consider the arguments that you've made today and in your papers, and we'll do that in due course. Is that fair? Yes, sir. Okay. Thank you very much.